NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

SUSAN JOY JACOBSON, *Petitioner.*

No. 1 CA-CR 22-0031 PRPC
FILED 6-29-2023

Petition for Review from the Superior Court in Coconino County
No. S0300CR201500613
The Honorable Cathleen Brown Nichols, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Coconino County Attorney's Office, Flagstaff
By Heather A. Mosher
*Counsel for Respondent*

Law Offices of Robert J. McWhirter, Tempe
By Robert J. McWhirter
*Co-Counsel for Petitioner*

Kimerer Law Group, PC, Phoenix
By Michael D. Kimerer
*Co-Counsel for Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Cynthia J. Bailey, Judge Jennifer B. Campbell, and Judge David D. Weinzweig delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**        Petitioner Susan Joy Jacobson seeks review of the superior court's order denying her petition for post-conviction relief. This is petitioner's first petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**        We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA